UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON L.R. JONES,

        Plaintiff,

    v.

MARIA BASCO, et. al.,

        Defendants.

                              /

No. C 13-2958 EDL (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. Plaintiff describes events that occurred at the California Institution for Men in Chino, CA which lies within the venue of the United States District Court for the Central District of California, and the defendants are located there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: July 3, 2013.

                                                                *Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

G:\PRO-SE\EDL\CR.13\Jones2958.trn.wpd